[No. 27341-1-II. Division Two. November 1, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFERY SCOTT WOODWARD, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 97-1-00681-1, James E. Warme and Don L. McCulloch, JJ., entered April 24, 2001. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Hunt, C.J., and Armstrong, J.

[Nos. 27375-6-II; 27376-4-II. Division Two. November 1, 2002.]

THE STATE OF WASHINGTON, *Appellant*, v. DIANN M. KUCHERA, ET AL., *Respondents*.

Appeals from judgments of the Superior Court for Jefferson County, Nos. 00-1-00133-4 and 00-1-00134-2, Thomas J. Majhan, J., entered May 18, 2001. *Affirmed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Seinfeld and Bridgewater, JJ.

[No. 27463-9-II. Division Two. November 1, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. KEVIN DEAN KINDLE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-1-05505-8, John A. McCarthy, J., entered May 18, 2001. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Hunt, C.J., and Bridgewater, J.

[Nos. 27571-6-II; 27598-8-II; Division Two. November 1, 2002.] 27601-1-II; 27608-9-II.

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY GENE HAND, *Appellant*.

Appeals from judgments of the Superior Court for Pierce County, Nos. 01-1-01673-5, 01-1-01946-7, 00-1-01381-9, and 01-1-01089-3, Frederick W. Fleming, J., entered June 19, 2001. *Remanded* by unpublished opinion per Hunt, C.J., concurred in by Bridgewater and Armstrong, JJ.